1  **ROGER T. NUTTALL  #42500**
   **NUTTALL COLEMAN & WILSON**
2  2445 Capitol Street, Suite 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR Defendant,
   EDWARD JOSEPH GREEN
6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  * * * * * * * *

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No.: 1:11-CR-44 AWI |
| 12           Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND CASE MANAGEMENT |
| 13      vs. | CONFERENCE HEARING AND ORDER |
| 14  EDWARD JOSEPH GREEN, | Date: June 27, 2011 |
| 15           Defendant. | Time: 9:00 a.m.  Judge: Hon. Anthony W. Ishii |

16

17    **IT IS HEREBY STIPULATED** by and between the parties hereto,
18  and through their respective attorneys of record, that the status
19  conference and case management conference hearing currently
20  scheduled for Monday, June 20, 2011, **may be continued to Monday,**
21  **June 27, 2011, at 9:00 a.m.**
22    This continuance is requested because defense counsel has a
23  conflict and will not be available on the date currently set.
24  Assistant United States Attorney, Jeremy R. Jehangiri, does not
25  oppose this request.  The requested continuance will provide for
26  continuity of counsel and will conserve time and resources for
27  both counsel and the Court.
28

The parties agree that time shall be excluded from the filing of the motions through the hearing date on June 27, 2011, pursuant to 18 U.S.C. § 3161(h)(1)(F).

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: June 8, 2011.

        NUTTALL COLEMAN & WILSON

        By: /s/ Roger T. Nuttall
            ROGER T. NUTTALL
            Attorneys for Defendant
            EDWARD JOSEPH GREEN

DATED: June 8, 2011.        BENJAMIN B. WAGNER
                              United States Attorney

        By: /s/ Jeremy R. Jehangiri
            JEREMY R. JEHANGIRI
            Assistant U.S. Attorney
            Attorney for Plaintiff

## **O R D E R**

IT IS SO ORDERED.

Dated:    June 8, 2011
                              CHIEF UNITED STATES DISTRICT JUDGE