(SPACE BELOW FOR FILING STAMP ONLY)

1  **ROGER T. NUTTALL  #42500**
   **NUTTALL COLEMAN & WILSON**
2  2445 Capitol Street, Suite 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852

5  ATTORNEYS FOR  Defendant,
   EDWARD JOSEPH GREEN

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  \* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00044 AWI |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND |
| vs. | **ORDER** |
| EDWARD JOSEPH GREEN, | Date: August 29, 2011 |
| Defendant. | Time: 9:00 a.m. |
|  | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, that the status conference currently scheduled for Monday, August 29, 2011, **be continued to Monday, September 26, 2011, at 9:00 a.m.**

This continuance is requested based on upon the fact that the attorney for the Defendant herein needs additional time for preparation and investigation of the case.

Counsel for Defendant has been in contact with Assistant United States Attorney, Jeremy R. Jehangiri, who has no objection to this continuance.

The parties agree that time shall be excluded from the filing of the motions through the hearing date on August 29,

2011, pursuant to 18 U.S.C. § 3161(h)(1)(F).

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: August 24, 2011.

                                            NUTTALL COLEMAN & WILSON

                                            By:  /s/ Roger T. Nuttall
                                                ROGER T. NUTTALL
                                                Attorneys for Defendant
                                                EDWARD JOSEPH GREEN

DATED: August 24, 2011.           BENJAMIN B. WAGNER
                                                United States Attorney

                                            By: /s/ Jeremy R. Jehangiri
                                                JEREMY R. JEHANGIRI
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated:   August 26, 2011
                                                CHIEF UNITED STATES DISTRICT JUDGE

NUTTALL COLEMAN & WILSON
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900