(SPACE BELOW FOR FILING STAMP ONLY)

1  **ROGER T. NUTTALL  #42500**
   **NUTTALL COLEMAN & WILSON**
2  2445 Capitol Street, Suite 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR  Defendant,
        EDWARD JOSEPH GREEN
6

7

8           **UNITED STATES DISTRICT COURT**

9           **EASTERN DISTRICT OF CALIFORNIA**

10                  **\* \* \* \* \* \* \* \***

11 | UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00044 AWI |
12 | Plaintiff, | AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE AND |
13 | vs. | **ORDER** |
14 | EDWARD JOSEPH GREEN, | |
15 | Defendant. | Date: October 31, 2011
Time: 9:00 a.m.
Judge: Hon. Anthony W. Ishii |

17     **IT IS HEREBY STIPULATED** by and between the parties hereto,
18 that the status conference currently scheduled for Monday,
19 October 31, 2011, **be continued to Monday, December 5, 2011, at**
20 **9:00 a.m.**     This continuance is requested based on upon the
21 fact that the attorney for the Defendant herein needs additional
22 time for preparation and investigation of the case.
23      Counsel for Defendant has been in contact with Assistant
24 United States Attorney, Jeremy R. Jehangiri, who has no objection
25 to this continuance.
26     The parties agree that time shall be excluded for
27 preparation and investigation through the hearing date on
28 December 5, 2011, pursuant to 18 U.S.C. § 3161(h)(1)(F).

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: October 26, 2011.

                                            NUTTALL COLEMAN & WILSON

                                            By: /s/ Roger T. Nuttall
                                                ROGER T. NUTTALL
                                                Attorneys for Defendant
                                                EDWARD JOSEPH GREEN

DATED: October 26, 2011.      BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Jeremy R. Jehangiri
                                                JEREMY R. JEHANGIRI
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

### **O R D E R**

IT IS SO ORDERED.

Dated:    October 26, 2011               /s/                    
                                            CHIEF UNITED STATES DISTRICT JUDGE

NUTTALL COLEMAN & WILSON
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900