(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL  #42500**
**NUTTALL COLEMAN & WILSON**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
EDWARD JOSEPH GREEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EDWARD JOSEPH GREEN,<br><br>　　　　Defendant. | Case No.: 1:11-CR-00044 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND PROPOSED<br><br>**ORDER**<br><br>Date: December 19, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, that the status conference currently scheduled for Monday, December 19, 2011, **be continued to January 30, 2012, at 9:00 a.m.** This continuance is requested based on upon the fact that the attorney for the Defendant herein needs additional time for preparation and investigation of the case.

   Counsel for Defendant has been in contact with Assistant United States Attorney, Jeremy R. Jehangiri, who has no objection to this continuance.

   The parties agree that time shall be excluded from the hearing date on December 19, 2011, through January 30, 2012,

pursuant to 18 U.S.C. § 3161(h)(1)(F).

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: December 14, 2011.

                                   NUTTALL COLEMAN & WILSON

                                   By: /s/ Roger T. Nuttall
                                      ROGER T. NUTTALL
                                      Attorneys for Defendant
                                      EDWARD JOSEPH GREEN

DATED: December 14, 2011.

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                   By: /s/ Jeremy R. Jehangiri
                                      JEREMY R. JEHANGIRI
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## **O R D E R**

IT IS SO ORDERED.

Dated:     December 16, 2011          /s/
                                                    CHIEF UNITED STATES DISTRICT JUDGE

NUTTALL COLEMAN & WILSON
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900