BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
    United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:11-CR-00044-AWI |
| | ) |
| Plaintiff, | ) PRELIMINARY ORDER OF |
| | ) FORFEITURE |
| v. | ) |
| | ) |
| EDWARD JOSEPH GREEN, | ) |
|   aka EDWARD JOSEPH MORALES, | ) |
| | ) |
| Defendant. | ) |

Based upon the plea agreement entered into between United States of America and defendant Edward Joseph Green aka Edward Joseph Morales, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Edward Joseph Green aka Edward Joseph Morales' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. One HP Pavilion laptop computer, serial number CND9330RHH,
   b. One Sandisk Cruzer thumb drive, 4GB, serial number BH06089GB,
   c. One Maxtor external hard drive, serial number 2DD10FW1,
   d. One HP desktop computer, serial number MXK61303TJ,
   e. One Maxtor 60 GB external hard drive, serial number Y2329LVC,

      f. One Maxtor hard drive, serial number G3HFD9EC,
      g. One Samsung 250 GB hard drive, serial number S09QJ10L311184,
      h. One Maxtor hard drive, serial number V606G03C,
      i. Storage case with three memory cards:
         i)   Lexar 512MB,
         ii)  Sandisk 8GB,
         iii) Dane-Elec 1GB,
      j. Eight mini VHS tapes,
      k. Seven VHS tapes, and
      l. Miscellaneous non-commercial CD/DVD discs.

2. The above-listed assets constitute property containing visual depictions produced, transported, mailed, shipped, or received in interstate or foreign commerce in violation of 18 U.S.C. § 2253(a)(2).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the

Preliminary Order of Forfeiture
2

first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

IT IS SO ORDERED.

Dated: __February 10, 2012__     _____
                                          CHIEF UNITED STATES DISTRICT JUDGE