**ROGER T. NUTTALL  #42500**
**NUTTALL COLEMAN & WILSON**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
        EDWARD JOSEPH GREEN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### * * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     vs.<br><br>EDWARD JOSEPH GREEN,<br><br>        Defendant. | Case No.: 1:11-CR-00044 AWI<br><br>STIPULATION TO CONTINUE SENTENCING AND RELATED DEADLINES AND ORDER<br><br>**ORDER**<br><br>Date: April 9, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, that the sentencing hearing currently scheduled for Monday, April 9, 2012, **be continued to May 7, 2012, at 10:00 a.m.**

IT IS FURTHER HEREBY STIPULATED that the parties shall be subject to the following schedule:

1. Report available to defense counsel and AUSA on April 2, 2012;

2. Informal Objections due to Probation and opposing counsel on April 16, 2012;

3. Objections filed with Court and served on Probation and opposing counsel shall be April 30, 2012.

1    This continuance is based upon scheduling conflicts as

2  related to counsel for the Defendant herein.

3     Counsel for Defendant has been in contact with Assistant

4  United States Attorney, Jeremy R. Jehangiri, who has no objection

5  to this continuance.

6    Counsel has also been in contact with Sara L. Kirk, United

7  States Probation Officer, who has no objection to this

8  continuance.

9    DATED: February 14, 2012.

10                                   NUTTALL COLEMAN & WILSON

11                                   By:  /s/ Roger T. Nuttall
                                        ROGER T. NUTTALL
12                                      Attorneys for Defendant
                                        EDWARD JOSEPH GREEN
13    DATED: February 14, 2012.

14
                                        BENJAMIN B. WAGNER
15                                      United States Attorney

16                                   By: /s/ Jeremy R. Jehangiri
                                        JEREMY R. JEHANGIRI
17                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
18

19
                            **O R D E R**
20

21  IT IS SO ORDERED.

22

23  Dated:    February 15, 2012
                                   CHIEF UNITED STATES DISTRICT JUDGE

24

25

26

27

28

NUTTALL COLEMAN & WILSON
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900